## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 12-61559-CIV-ROSENBAUM/SELTZER

LAURA VYVYAN, JENNIFER MERCADO,
and LORRAINE VALENTIN, *on their own*
*behalves and others similarly situated*,

       Plaintiffs,

v.

BEACHSIDE HOTEL MANAGEMENT,
LLC,

       Defendant.

_____/

### <u>ORDER ON SERVICE OF AMENDED COMPLAINT</u>

This matter is before the Court upon a review of the record. On November 13, 2012, this Court entered an Order denying Plaintiff Laura Vyvyan's Motion for Default Judgment but permitting Vyvyan an opportunity to appropriately amend her Complaint. D.E. 17. That Order required Vyvyan to serve Defendant with the amended Complaint no later than November 28, 2012, and to file notice with the Court certifying the date that service was made. *Id.* On November 15, 2012, Plaintiff filed an Amended Complaint and a notice that Defendant was provided with a copy of the amended Complaint that day. D.E. 19 & D.E. 20. While the notice itself is devoid of specifics regarding the service, the "Certificate of Service" included with the Amended Complaint states that the Amended Complaint was "furnished via U.S. Mail" to Defendant. D.E. 19 at 10.

Rule 5(a)(2) of the Federal Rules of Civil Procedure provides that a pleading asserting a new claim for relief against a party who has failed to appear "must be served on that party under Rule 4." Fed. R. Civ. P. 5(a)(2). Rule 4 generally requires that a complaint be served personally. *E.g.*, Fed.

R. Civ. P. 4(h); *see Dyer v. Wal-Mart Stores, Inc.*, 318 F. App'x 843, 844 (11th Cir. 2009).  The Eleventh Circuit has confirmed that Rule 5(a)'s reference to Rule 4 requires that an amended complaint stating a new claim against a non-appearing defendant must be personally served and not mailed.  *See Varnes v. Local 91, Glass Bottle Blowers Ass'n of U.S. & Can.*, 674 F.2d 1365, 1368 (11th Cir. 1982).

Accordingly, it is **ORDERED and ADJUDGED** that Plaintiffs' Notice of Compliance with Court Order Dated November 13, 2012 [D.E 20] is not compliant with the Court's Order.  Plaintiff Vyvyan is directed to effect appropriate service of her Amended Complaint on or before November 28, 2012, and certify that date to the Court.  As previously ordered, Defendant must respond to the Amended Complaint within fourteen days of being appropriately served.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 19th day of November 2012.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record

2